# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

BENJAMIN DENT, )
          Plaintiff, ) Case No.: 2:20-cv-00136-GMN-EJY
  vs. )
          ) **ORDER**
BRIAN WILLIAMS, *et al.*, )
          Defendants. )

      Plaintiff Benjamin Dent ("Plaintiff"), a prisoner at High Desert State Prison, moves for emergency injunctive relief on the ground that he has been denied necessary physical therapy following surgery. (Compl. at 3, ECF No. 1-1). Specifically, Plaintiff states that he underwent surgery on January 6 and was released on February 12 (which suggests that the procedure occurred last year). (*Id.*). Plaintiff explains that after this surgery he received a medical order from "Dr. Ahmade" directing him to complete physical therapy so that he could preserve any chance of walking again. After attending one session of physical therapy in June, the therapist told Plaintiff that he had severe nerve damage requiring therapy sessions three times per week. (*Id.*). Plaintiff contends that his doctor estimated a "50/50" chance of him walking again, but only with therapy. (*Id.*). However, Plaintiff states that he has never been back to therapy after that June session because prison officials refuse to transport him—despite his medical order and despite prison officials telling him that he has therapy sessions scheduled. (*Id.*).

      The seriousness of Plaintiff's medical condition warrants an expedited response to Plaintiff's Motion for Emergency Injunction.

      Accordingly,

      **IT IS HEREBY ORDERED** that the Attorney General's Office shall have until February 14, 2020, to advise the Court whether it will enter a limited notice of appearance on

behalf of Defendants only for the purposes of responding to the Motion for Emergency Injunction. Additionally, based on the serious nature of the allegations, Defendants shall have until February 14, 2020, to file a response to the Motion for Emergency Injunction. In addition to addressing the merits of Plaintiff's Motion, the response must specify whether Plaintiff has been approved to attend physical therapy and the associated transportation methods; whether therapy sessions have been scheduled; the date of any such appointment; and if no appointment has been scheduled, the reasons why no appointment has been made.

**IT IS FURTHER ORDERED** that if Plaintiff chooses to file a reply, he shall do so within seven (7) days after Defendants file a response.

**IT IS FURTHER ORDERED** that the Clerk of the Court shall electronically serve copies of this Order and Plaintiff's Complaint, (ECF No. 1-1), on the Office of the Attorney General of the State of Nevada by adding the Attorney General of the State of Nevada to the docket sheet. This does not indicate acceptance of service for any Defendant.

**DATED** this __24__ day of January, 2020.

_____
Gloria M. Navarro, District Judge
United States District Court