UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| BENJAMIN DENT,<br><br>          Plaintiff,<br><br>     v.<br><br>MICHAEL VIEVER, BRYAN G., WARDEN BRIAN WILLIAMS, STATE OF NEVADA, NDOC,<br><br>          Defendants. | Case No. 2:20-cv-00136-GMN-EJY<br><br>**ORDER ON MOTION FOR CLARIFICATION ECF No. 14** |

On January 17, 2020, the Court received a filing from Plaintiff on a Civil Rights Complaint form under which Plaintiff wrote "Emergency Request for Medically Required Injunction." Plaintiff did not simultaneously file an *in forma pauperis* application or the filing fee required to commence a civil action. ECF Nos. 1 and 1-1. On January 24, 2020, the Court entered an Order giving the Attorney General's Office until February 14, 2020 "to advise the Court whether it will enter a limited notice of appearance on behalf of Defendants only for purposes of responding to the Motion for Emergency Inunction" ECF No. 3. The Court also gave Defendants through February 14, 2020 to file a response to Plaintiff's Emergency Request for Medically Required Injunction. *Id*.

On February 14, 2020, the Attorney General filed a Limited Notice of Appearance to respond to Plaintiff's Emergency Motion on behalf of Defendants Gregory Bryan, Michael Minev, and Brian Williams. ECF No. 4. On that same date the Attorney General filed a Response to Plaintiff's Emergency Motion. ECF No. 5.

On March 18, 2020, Plaintiff filed an application to proceed *in forma pauperis* that remains pending at this time (ECF No. 12). On April 9, 2020, Plaintiff filed another Emergency Motion (ECF No. 13) in which Plaintiff states that he is asking the Court to take action, without any further delay, on his pending Emergency Request for Medically Required Injunction. Defendants have now filed their Motion for Clarification asking whether they should file a response to ECF No. 13.

1    For the foregoing reasons, IT IS HEREBY ORDERED that Defendants' Motion for
2    Clarification (ECF No. 14) is GRANTED and the Court clarifies that Defendants need not respond
3    to Plaintiff's Emergency Motion for the Court to Take Action (ECF No. 13) as the issues pertaining
4    to the Request for Emergency Injunction have been fully briefed.  No further briefing on Plaintiff's
5    Emergency Motion for Injunction (ECF No. 1-1) or To Take Action (ECF No. 13) will be accepted
6    by the Court.

Dated this 16th day of April 2020.

_____
ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE