UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| BENJAMIN DENT, | Case No. 2:20-cv-00136-GMN-EJY |
| Plaintiff, | |
| v. | **ORDER** |
| MICHAEL VIEVER, *et al.*, | |
| Defendants. | |

Before the Court is Benjamin Dent's Motion for Time Enlargement (ECF No. 43). Mr. Dent was recently transferred to a new facility and placed in the infirmary limiting his ability to prepare a response to the Motion to Dismiss or, in the Alternative, Motion for Summary Judgment. ECF No. 40. Mr. Dent's response is currently due Monday, June 7. The Court finds good cause for the short extension of time he requests.

Accordingly, IT IS HEREBY ORDERED that the Motion for Time Enlargement (ECF No. 43) is GRANTED.

IT IS FURTHER ORDERED that the due date for Plaintiff's response to Defendants' Motion to Dismiss or, in the Alternative, Motion for Summary Judgment shall be extended to **June 25, 2021**.

IT IS FURTHER ORDERED that the Reply shall be due **July 9, 2021**.

Dated this 4th day of June, 2021.

_____
ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE