# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
\* \* \*

| | |
|---|---|
| BENJAMIN DENT,<br><br>  Plaintiff,<br><br>v.<br><br>MICHAEL VIEVER, *et al.*,<br><br>  Defendants. | Case No. 2:20-cv-00136-GMN-EJY<br><br>**ORDER** |

Pending before the Court is Plaintiff's Motion for Order to Clerk to Provide Copy of Updated Docket Sheet (ECF No. 48). Plaintiff states that he appears to be missing certain documents from the case that may be necessary to his continued prosecution of claims. *Id*. He asks for a docket sheet so that he may compare his records to the docket.

Good cause appearing IT IS HEREBY ORDERED that the Clerk of Court shall send an electronic and hard copy via U.S. Mail of the docket sheet of this matter to Plaintiff within five (5) court days of the date of this Order.

Dated this 6th day of July, 2021.

ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE

1