# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
\*\*\*

| | |
|---|---|
| BENJAMIN DENT,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL VIEVER, *et al.*,<br><br>Defendants. | Case No. 2:20-cv-00136-GMN-EJY<br><br>**ORDER** |

Pending before the Court is Plaintiff's Motion for Order to Clerk to Send Updated Docket (ECF No. 50). Plaintiff states "he has been moved to NNCC and in the transfer it appears he is missing portions of his records." *Id*. at 2. Plaintiff asks for a docket sheet so that he may find what is missing to determine how to proceed in this case. *Id.*

Good cause appearing IT IS HEREBY ORDERED that the Clerk of Court shall send an electronic and hard copy via U.S. Mail of the docket sheet of this matter to Plaintiff within five (5) court days of the date of this Order.

Dated this 9th day of July, 2021.

ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE

1