AARON D. FORD
Attorney General
Christopher M. Guy (Bar No. 15239)
Deputy Attorney General
State of Nevada
Office of the Attorney General
555 East Washington Ave., Suite 3900
Las Vegas, Nevada 89101
(702) 486-3326 (phone)
(702) 486-3773 (fax)
Email: cguy@ag.nv.gov

*Attorneys for Defendants Gregory Bryan, Michael Minev, and Brian Williams*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| BENJAMIN DENT, | Case No. 2:20-cv-00136-GMN-EJY |
|---|---|
| Plaintiff, | |
| v. | **STIPULATION AND ORDER TO DISMISS WITH PREJUDICE** |
| MICHAEL MINEV, *et al.*, | |
| Defendants. | |

IT IS HEREBY STIPULATED by and between Plaintiff Benjamin Dent, and Defendants, by and through counsel, Aaron D. Ford, Nevada Attorney General, and Christopher M. Guy, Deputy Attorney General, under Rule 41(a)(1)(A)(ii), Federal Rules of Civil Procedure, that the above-captioned action be dismissed with prejudice, with each party bearing their own attorney's fees and costs.

///
///
///
///
///
///

Page 1 of 2

1 |     This Parties have resolved this matter in its entirety and that the Court may
2 | accordingly close the case. Any outstanding deadlines are considered moot.

3 | DATED April 15, 2022.                 DATED April 15, 2022.

AARON D. FORD
Attorney General

/s/ *Christopher M. Guy*
Benjamin Dent #86741              Christopher M. Guy, Bar No. 15239
Northern Nevada Correctional Center   555 E. Washington Ave., Ste. 3900
1721 Snyder Ave                  Las Vegas, Nevada 89101
Carson City, NV 89701           *Attorneys for Defendants*
*Plaintiff, Pro Se*

**IT IS SO ORDERED.**

Dated this __18__ day of May, 2022.

_____
Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT